UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JOEL L. FREDRICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-05718 - RJB |
| | ) | |
| v. | ) | STIPULATION AND ORDER OF DISMISSAL |
| | ) | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by the parties to the above action, through their respective attorneys, that this cause, including all claims, counterclaims and cross-claims which were or could have been asserted by any party, has been compromised and settled and may be dismissed with prejudice and without any award of costs or attorney's fees to any party.

DATED this ____ day of _____, 2013.

KELLER ROHRBACK, L.L.P.                    BRIGGS & BRIGGS

_____            _____
Irene M. Hecht, WSBA #11063                Shawn B. Briggs, WSBA #16162
Attorneys for Defendant Allstate Fire &    Attorney for Plaintiff Joel L. Fredrickson
Casualty Insurance Company

STIPULATION AND ORDER OF DISMISSAL
(3:12-cv-05718) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\USERS\PHICKEY\APPDATA\LOCAL\TEMP\NOTESE5D19D\STIPANDORDEROFDISMISSAL

**ORDER OF DISMISSAL**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-entitled cause shall be, and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

DATED this 14th day of August, 2013.

_____
Karen L. Strombom
United States Magistrate Judge

Presented by:

_____
Irene M. Hecht, WSBA #11063
Keller Rohrback L.L.P.
Attorneys for Defendant Allstate Fire &
Casualty Insurance Company

Copy Received; Notice of
Presentation Waived:

_____
Shawn B. Briggs, WSBA #16162
Briggs & Briggs
Attorney for Plaintiff Joel L. Fredrickson

STIPULATION AND ORDER OF DISMISSAL
(3:12-cv-05718) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\USERS\PHICKEY\APPDATA\LOCAL\TEMP\NOTESE5D19D\STIPANDORDEROFDISMISSAL